# EXHIBIT A

**ALABAMA SJIS CASE DETAIL**



PREPARED FOR: MILA HUBBARD

County: **16**   Case Number: **CV-2020-900057.00**   Court Action:
Style: **LINDA BOULER V. APPLE INC ET AL**



`Real Time`

## Case

### Case Information

| | | | | | |
|---|---|---|---|---|---|
| County: | 16-CLARKE | Case Number: | CV-2020-900057.00 | Judge: | CRM:C ROBERT MONTGOMERY |
| Style: | LINDA BOULER V. APPLE INC ET AL | | | | |
| Filed: | 06/08/2020 | Case Status: | ACTIVE | Case Type: | NEGLIGENCE-GENERAL |
| Trial Type: | BENCH | Track: | | Appellate Case: | 0 |
| No of Plaintiffs: | 1 | No of Defendants: | 2 | | |

### Damages

| | | | | | |
|---|---|---|---|---|---|
| Damage Amt: | 74000.00 | Punitive Damages: | 0.00 | General Damages: | 0.00 |
| No Damages: | | Compensatory Damages: | 0.00 | | |
| Pay To: | | Payment Frequency: | | Cost Paid By: | |

### Court Action

| | | | | |
|---|---|---|---|---|
| Court Action Code: | | Court Action Desc: | | Court Action Date: |
| Num of Trial days: | 0 | Num of Liens: | 0 | Judgment For: |
| Dispositon Date of Appeal: | | Disposition Judge: | : | Disposition Type: |
| Revised Judgement Date: | | Minstral: | | Appeal Date: |
| Date Trial Began but No Verdict (TBNV1): | | | | |
| Date Trial Began but No Verdict (TBNV2): | | | | |

### Comments

Comment 1:
Comment 2:

### Appeal Information

| | | | |
|---|---|---|---|
| Appeal Date: | | Appeal Case Number: | | Appeal Court: |
| Appeal Status: | | Orgin Of Appeal: | |
| Appeal To: | | Appeal To Desc: | | LowerCourt Appeal Date: |
| Disposition Date Of Appeal: | | Disposition Type Of Appeal: | |

### Administrative Information

| | | | |
|---|---|---|---|
| Transfer to Admin Doc Date: | | Transfer Reason: | | Transfer Desc: |
| Number of Subponeas: | | Last Update: | 07/17/2020 | Updated By: AJA |

## Parties

### Party 1 - Plaintiff INDIVIDUAL - BOULER LINDA

#### Party Information

| | | | | | |
|---|---|---|---|---|---|
| Party: | C001-Plaintiff | Name: | BOULER LINDA | Type: | I-INDIVIDUAL |
| Index: | D APPLE INC | Alt Name: | | Hardship: No | JID: CRM |
| Address 1: | POB 1142 | | | Phone: | (251) 575-5438 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Address 2: | | | | | | |
| City: | MONROEVILLE | State: | AL | Zip: | 36461-0000 | Country: US |
| SSN: | XXX-XX-X111 | DOB: | | Sex: | | Race: |

## Court Action

| | | | | |
|---|---|---|---|---|
| Court Action: | | | Court Action Date: | |
| Amount of Judgement: | $0.00 | Court Action For: | Exemptions: | |
| Cost Against Party: | $0.00 | Other Cost: $0.00 | Date Satisfied: | |
| Comment: | | | Arrest Date: | |
| Warrant Action Date: | | Warrant Action Status: | Status Description: | |

## Service Information

| | | | |
|---|---|---|---|
| Issued: | Issued Type: | Reissue: | Reissue Type: |
| Return: | Return Type: | Return: | Return Type: |
| Served: | Service Type | Service On: | Served By: |
| Answer: | Answer Type: | Notice of No Service: | Notice of No Answer: |

## Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | STA076 | | STALLWORTH LESTON CURTISS | LAWLES1@FRONTIERNET.NET | (251) 575-5438 |

## Party 2 - Defendant BUSINESS - APPLE INC

### Party Information

| | | | | | | |
|---|---|---|---|---|---|---|
| Party: | D001-Defendant | Name: | APPLE INC | | Type: | B-BUSINESS |
| Index: | C BOULER LINDA | Alt Name: | | Hardship: No | JID: | CRM |
| Address 1: | 1INFINITE LOOP | | | Phone: (334) 000-0000 | | |
| Address 2: | | | | | | |
| City: | CUPERTINO | State: | CA | Zip: | 95014-0000 | Country: US |
| SSN: | XXX-XX-X999 | DOB: | | Sex: | | Race: |

### Court Action

| | | | | |
|---|---|---|---|---|
| Court Action: | | | Court Action Date: | |
| Amount of Judgement: | $0.00 | Court Action For: | Exemptions: | |
| Cost Against Party: | $0.00 | Other Cost: $0.00 | Date Satisfied: | |
| Comment: | | | Arrest Date: | |
| Warrant Action Date: | | Warrant Action Status: | Status Description: | |

### Service Information

| | | | |
|---|---|---|---|
| Issued: 06/08/2020 | Issued Type: F-CERTIFIED MAIL BY FIL | Reissue: | Reissue Type: |
| Return: | Return Type: | Return: | Return Type: |
| Served: 06/17/2020 | Service Type C-CERTIFIED MAIL | Service On: | Served By: |
| Answer: 07/17/2020 | Answer Type: D-COMPLAINT DENIED | Notice of No Service: | Notice of No Answer: |

## Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|--------|---------------|-----------------|------|-------|-------|
| Attorney 1 | DUN063 | | DUNN WILLIAM MCKINLEY | MDUNN@LIGHTFOOTLAW.COM | (205) 502-0195 |
| Attorney 2 | HUR009 | | EAGAN MELODY HURDLE | MEAGAN@LIGHTFOOTLAW.COM | (205) 581-0777 |

## Party 3 - Defendant BUSINESS - VERIZON

### Party Information

| | | | | | | | |
|--|--|--|--|--|--|--|--|
| Party: | D002-Defendant | Name: | VERIZON | | | Type: | B-BUSINESS |
| Index: | C BOULER LINDA | Alt Name: | | Hardship: | No | JID: | CRM |
| Address 1: | 34301 HIGHWAT 43 | | | Phone: | (111) 111-1111 | | |
| Address 2: | | | | | | | |
| City: | THOMASVILLE | State: | AL | Zip: | 36784-0000 | Country: | US |
| SSN: | XXX-XX-X999 | DOB: | | Sex: | | Race: | |

### Court Action

| | | | | | |
|--|--|--|--|--|--|
| Court Action: | | | | Court Action Date: | |
| Amount of Judgement: | $0.00 | Court Action For: | | Exemptions: | |
| Cost Against Party: | $0.00 | Other Cost: | $0.00 | Date Satisfied: | |
| Comment: | | | | Arrest Date: | |
| Warrant Action Date: | | Warrant Action Status: | | Status Description: | |

### Service Information

| | | | | | |
|--|--|--|--|--|--|
| Issued: | 06/08/2020 | Issued Type: | F-CERTIFIED MAIL BY FIL | Reissue: | Reissue Type: |
| Return: | | Return Type: | | Return: | Return Type: |
| Served: | | Service Type | | Service On: | Served By: |
| Answer: | | Answer Type: | | Notice of No Service: | Notice of No Answer: |

### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|--------|---------------|-----------------|------|-------|-------|
| Attorney 1 | 000000 | | PRO SE | | |

## Financial

### Fee Sheet

| Fee Status | Admin Fee | Fee Code | Payor | Payee | Amount Due | Amount Paid | Balance | Amount Hold | Garnish Party |
|-----------|-----------|----------|-------|-------|-----------|-------------|---------|-------------|---------------|
| ACTIVE | N | CONV | C001 | 000 | $0.00 | $17.04 | $0.00 | $0.00 | 0 |
| ACTIVE | N | CV05 | C001 | 000 | $356.00 | $356.00 | $0.00 | $0.00 | 0 |
| ACTIVE | N | LSF3 | C001 | 000 | $25.00 | $25.00 | $0.00 | $0.00 | 0 |
| ACTIVE | N | VADM | C001 | 000 | $45.00 | $45.00 | $0.00 | $0.00 | 0 |
| | | | | Total: | $426.00 | $443.04 | -$17.04 | $0.00 | |

### Financial History

| Transaction Date | Description | Disbursement Accode | Transaction Batch | Receipt Number | Amount | From Party | To Party | Money Type | Admin Fee | Reason | Attorney | Operator |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/11/2020 | CREDIT | CONV | 2020168 | 1712170 | $17.04 | C001 | 000 | | N | | | JEJ |
| 06/11/2020 | RECEIPT | CV05 | 2020168 | 1712180 | $356.00 | C001 | 000 | | N | | | JEJ |
| 06/11/2020 | RECEIPT | LSF3 | 2020168 | 1712190 | $25.00 | C001 | 000 | | N | | | JEJ |
| 06/11/2020 | RECEIPT | VADM | 2020168 | 1712200 | $45.00 | C001 | 000 | | N | | | JEJ |

## Case Action Summary

| Date: | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 6/8/2020 | 11:39 AM | FILE | FILED THIS DATE: 06/08/2020        (AV01) | AJA |
| 6/8/2020 | 11:39 AM | EORD | E-ORDER FLAG SET TO "Y"        (AV01) | AJA |
| 6/8/2020 | 11:39 AM | ASSJ | ASSIGNED TO JUDGE: C ROBERT MONTGOMERY        (AV01) | AJA |
| 6/8/2020 | 11:39 AM | SCAN | CASE SCANNED STATUS SET TO: N        (AV01) | AJA |
| 6/8/2020 | 11:39 AM | TDMN | BENCH/NON-JURY TRIAL REQUESTED        (AV01) | AJA |
| 6/8/2020 | 11:39 AM | STAT | CASE ASSIGNED STATUS OF: ACTIVE        (AV01) | AJA |
| 6/8/2020 | 11:39 AM | ORIG | ORIGIN: INITIAL FILING        (AV01) | AJA |
| 6/8/2020 | 11:39 AM | C001 | LISTED AS ATTORNEY FOR C001: STALLWORTH LESTON CU | AJA |
| 6/8/2020 | 11:39 AM | C001 | INDIGENT FLAG SET TO: N        (AV02) | AJA |
| 6/8/2020 | 11:39 AM | C001 | C001 PARTY ADDED: BOULER LINDA        (AV02) | AJA |
| 6/8/2020 | 11:39 AM | C001 | C001 E-ORDER FLAG SET TO "Y"        (AV02) | AJA |
| 6/8/2020 | 11:39 AM | D001 | D001 PARTY ADDED: APPLE INC        (AV02) | AJA |
| 6/8/2020 | 11:39 AM | D001 | INDIGENT FLAG SET TO: N        (AV02) | AJA |
| 6/8/2020 | 11:39 AM | D001 | CERT MAIL-FIL ISSUED: 06/08/2020 TO D001   (AV02) | AJA |
| 6/8/2020 | 11:39 AM | D001 | D001 E-ORDER FLAG SET TO "Y"        (AV02) | AJA |
| 6/8/2020 | 11:39 AM | D001 | LISTED AS ATTORNEY FOR D001: PRO SE        (AV02) | AJA |
| 6/8/2020 | 11:40 AM | D002 | CERT MAIL-FIL ISSUED: 06/08/2020 TO D002   (AV02) | AJA |
| 6/8/2020 | 11:40 AM | D002 | D002 E-ORDER FLAG SET TO "Y"        (AV02) | AJA |
| 6/8/2020 | 11:40 AM | D002 | D002 PARTY ADDED: VERIZON        (AV02) | AJA |
| 6/8/2020 | 11:40 AM | D002 | INDIGENT FLAG SET TO: N        (AV02) | AJA |
| 6/8/2020 | 11:40 AM | D002 | LISTED AS ATTORNEY FOR D002: PRO SE        (AV02) | AJA |
| 6/8/2020 | 11:40 AM | ECOMP | COMPLAINT E-FILED. | STA076 |
| 7/1/2020 | 10:23 AM | EMISC | RETURN ON SERVICE - SERVED E-FILED | STA076 |
| 7/1/2020 | 11:31 AM | D001 | SERVICE OF CERTIFIED MAI ON 06/17/2020 FOR D001 | JEJ |
| 7/17/2020 | 12:57 PM | EANSW | D001 - COMPLAINT DENIED E-FILED. | DUN063 |
| 7/17/2020 | 1:00 PM | D001 | LISTED AS ATTORNEY FOR D001: DUNN WILLIAM MCKINLE | AJA |
| 7/17/2020 | 1:00 PM | D001 | LISTED AS ATTORNEY FOR D001: EAGAN MELODY HURDLE | AJA |
| 7/17/2020 | 1:00 PM | D001 | ANSWER OF COMP DENIED ON 07/17/2020 FOR D001(AV02) | AJA |

## Images

| Date: | Doc# | Title | Description | Pages |
|---|---|---|---|---|
| 6/8/2020 11:40:30 AM | 1 | CIVIL_COVER_SHEET | CIRCUIT COURT - CIVIL CASE | 1 |
| 6/8/2020 11:40:30 AM | 2 | COMPLAINT | | 5 |
| 6/8/2020 11:41:44 AM | 3 | COMPLAINT - TRANSMITTAL | E-NOTICE TRANSMITTALS | 3 |
| 6/8/2020 11:41:44 AM | 4 | COMPLAINT - SUMMONS | E-NOTICE TRANSMITTALS | 2 |
| 7/1/2020 10:23:50 AM | 5 | RETURN ON SERVICE - SERVED | Certificate of service | 2 |
| 7/1/2020 10:25:23 AM | 6 | MISCELLANEOUS - TRANSMITTAL | E-NOTICE TRANSMITTALS | 4 |
| 7/17/2020 12:59:18 PM | 7 | ANSWER | Apple Inc's Answer and Defenses to Plaintiff's Complaint | 6 |
| 7/17/2020 12:59:20 PM | 8 | ANSWER - TRANSMITTAL | E-NOTICE TRANSMITTALS | 4 |

  **END OF THE REPORT**

ELECTRONICALLY FILED
6/8/2020 11:40 AM
16-CV-2020-900057.00
CIRCUIT COURT OF
CLARKE COUNTY, ALABAMA
SUMMER SCRUGGS PADGETT, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev. 9/18 | **COVER SHEET<br>CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Cas<br>16<br><br>Date of Filing:<br>06/08/2020 | Judge Code: |
|---|---|---|---|

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA
### LINDA BOULER v. APPLE INC ET AL

**First Plaintiff:** ☐ Business  ☑ Individual  ☐ Government  ☐ Other          **First Defendant:** ☑ Business  ☐ Individual  ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

| TORTS: PERSONAL INJURY | OTHER CIVIL FILINGS (cont'd) |
|---|---|
| ☐ WDEA - Wrongful Death | ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/<br>Enforcement of Agency Subpoena/Petition to Preserve |
| ☑ TONG - Negligence: General | ☐ CVRT - Civil Rights |
| ☐ TOMV - Negligence: Motor Vehicle | ☐ COND - Condemnation/Eminent Domain/Right-of-Way |
| ☐ TOWA - Wantonness | ☐ CTMP - Contempt of Court |
| ☐ TOPL - Product Liability/AEMLD | ☐ CONT - Contract/Ejectment/Writ of Seizure |
| ☐ TOMM - Malpractice-Medical | ☐ TOCN - Conversion |
| ☐ TOLM - Malpractice-Legal | ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/ |
| ☐ TOOM - Malpractice-Other | Injunction Election Contest/Quiet Title/Sale For Division |
| ☐ TBFM - Fraud/Bad Faith/Misrepresentation | ☐ CVUD - Eviction Appeal/Unlawful Detainer |
| ☐ TOXX - Other:_____ | ☐ FORJ - Foreign Judgment |
| | ☐ FORF - Fruits of Crime Forfeiture |
| **TORTS: PERSONAL INJURY** | ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition |
| ☐ TOPE - Personal Property | ☐ PFAB - Protection From Abuse |
| ☐ TORE - Real Properly | ☐ EPFA - Elder Protection From Abuse |
| | ☐ FELA - Railroad/Seaman (FELA) |
| **OTHER CIVIL FILINGS** | ☐ RPRO - Real Property |
| ☐ ABAN - Abandoned Automobile | ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship |
| ☐ ACCT - Account & Nonmortgage | ☐ COMP - Workers' Compensation |
| ☐ APAA - Administrative Agency Appeal | ☐ CVXX - Miscellaneous Circuit Civil Case |
| ☐ ADPA - Administrative Procedure Act | |
| ☐ ANPS - Adults in Need of Protective Services | |

**ORIGIN:**   F ☑ INITIAL FILING          A ☐ APPEAL FROM DISTRICT COURT          O ☐ OTHER

R ☐ REMANDED          T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☐ YES ☑ NO          **Note:** Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:**          ☑ MONETARY AWARD REQUESTED   ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**

| STA076 | 6/8/2020 11:40:32 AM | /s/ LESTON CURTISS STALLWORT |
|---|---|---|
| | Date | Signature of Attorney/Party filing this form |

**MEDIATION REQUESTED:**          ☑ YES ☐ NO   ☐ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:**          ☐ YES ☐ NO

ELECTRONICALLY FILED
6/8/2020 11:40 AM
16-CV-2020-900057.00
CIRCUIT COURT OF
CLARKE COUNTY, ALABAMA
SUMMER SCRUGGS PADGETT, CLERK

## IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

| | | |
|---|---|---|
| **BOULER, LINDA,** | ) | **CASE NUMBER:** |
| **PLAINTIFF,** | ) | |
| **VS.** | ) | **CV-2020-** |
| | ) | |
| | ) | |
| **VERIZON, APPLE INC., et al.,** | ) | |
| **DEFENDANTS.** | ) | |

### SUMMONS IN CIVIL CASE

**TO:    VERIZON**
**34301 Highway 43**
**Thomasville, AL  36784**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion  must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**LESTON C. STALLWORTH, JR.**
**ATTORNEY AT LAW**
**POST OFFICE BOX 1142**
**MONROEVILLE, ALABAMA 36461**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

## IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

| | | |
|---|---|---|
| **BOULER, LINDA,** | ) | |
|     **PLAINTIFF,** | ) | **CASE NUMBER:** |
| **VS.** | ) | **CV-2020-** |
| | ) | |
| | ) | |
| **VERIZON, APPLE INC, et al.,** | ) | |
|     **DEFENDANTS.** | ) | |

## SUMMONS IN CIVIL CASE

TO:    **APPLE, INC.**
        **1 Infinite Loop**
        **Cupertino, CA 95014**

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion  must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**LESTON C. STALLWORTH, JR.**
**ATTORNEY AT LAW**
**POST OFFICE BOX 1142**
**MONROEVILLE, ALABAMA 36461**

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

                                _____
                                  *Signature of Clerk or Deputy Clerk*

## IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

| | | |
|---|---|---|
| **BOULER, LINDA,**<br><br>**Plaintiff**,<br><br>vs.<br><br>**VERIZON, APPLE, INC., and Fictitious Defendants "A," "B" and "C"** whether singular or plural, are those persons, firms, corporations, or other entities whose gross negligence and wantonness, contributed to or caused the injuries of Linda Bouler, whose true and correct names are unknown to the Plaintiff, or if their names are known to the Plaintiff at this time their identities as proper party defendants are not known to the Plaintiff at the time, but their true names and identities will be submitted by amendment when ascertained,<br><br>**Defendants.** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **CV- 2020-** |

## COMPLAINT

### Statement of the Parties

1. The matter in controversy exceeds, exclusive of costs, TEN THOUSAND DOLLARS ($10,000.00).

2. Linda Bouler, (hereinafter "Plaintiff") is over the age of nineteen years and is a resident of Sweet Water, Alabama.

3. Defendant, Verizon, (hereinafter "Defendant #1") is an American Communications Company which offers wireless products and services across the country, including Thomasville, Alabama.

4. Defendant, Apple Inc. (hereinafter "Defendant #2") is a multinational corporation that designs, develops and sells consumer electronics, and cell phones across the country, including Thomasville, Alabama.

5. All events that form the basis of this suit occurred in Thomasville, Alabama.

6. Fictitious Defendants A, B and C, whether singular or plural, are those persons, firms, corporations, or other entities whose gross negligence and wantonness contributed to or caused the injuries of Linda Bouler, whose true and correct names are unknown to the Plaintiff, but or if their names are known to the Plaintiff at this time their

identities as proper party defendants are not known to the Plaintiff at this time, but their true names and identities will be submitted by amendment when ascertained.

## Statement of the Facts

7. On or around October 9, 2018, the Plaintiff purchased an iPhone 8XR, a product of Defendant #2, from Defendant #1, which she used without any incidence for a little over a year following the purchase.

8. On January 1, 2020, the Plaintiff, Linda Bouler was using the iPhone 8XR, when suddenly the phone she held in her hand shocked her, causing pain and discomfort which she later learned was nerve damage to her hand and arm.

9. At said time and place, the Plaintiff suffered severe injury to her hand and arm due to the malfunction of the phone which she purchased from Defendant #1 and manufactured by Defendant #2.

10. As a result of this action the Plaintiff suffered severe injury, pain, and suffering.

## COUNT ONE
### Negligence

11. Plaintiff realleges paragraphs 1 through 10 of the Complaint as if set out here in full.

12. Defendants have shown gross negligence by offering no relief to the Plaintiff for the injury caused by the phone that was purchased from Defendant #1 and manufactured by Defendant #2.

13. As a proximate result of the negligence by the Defendants, the Plaintiff suffered severe emotional distress as well as physical injury.

**WHEREFORE**, Plaintiff demands judgment against Defendants in such an amount of compensatory damages as a jury may award and her costs.

## COUNT TWO
### Wantonness

14. Plaintiff realleges paragraphs 1 through 13 of the Complaint as if set out here in full.

15. At said time and place, Defendant #1 wantonly inadvertently caused injury to the Plaintiff through the sale of a faulty phone.

16. As a result of Defendant's Wanton action, the Plaintiff has suffered injury, pain and suffering.

**WHEREFORE**, Plaintiff demands judgment against Defendants in such an amount of compensatory damages as a jury may award; a separate amount of punitive damages; and her costs.

## COUNT THREE
### Negligence and Wantonness

17. The above and foregoing paragraphs number 1 through 16 are incorporated herein by reference and made in part hereof.

18. This is an action against fictitious Defendants A, B, and C, whether singular or plural, BEING those persons, firms, corporations, or other entities whose gross negligence and wantonness contributed to or caused the injuries of Linda Bouler.  Plaintiff avers that the identities of the fictitious party defendants are otherwise unknown to the Plaintiff, or if their names are known to the Plaintiff at this time their identities as proper party defendants are not known to the Plaintiff at this time, but their true names and identities will be submitted by amendment when ascertained.

19. Plaintiff avers that fictitious Defendants committed gross lack of accountability and wantonness.

20. As a result, Plaintiff has been injured and is entitled to damages from the Defendants.

**WHEREFORE**, Plaintiff demands judgment against fictitious Defendants in such an amount of compensatory damages as a jury may award; a separate amount of compensatory damages as a jury may award; a separate amount of punitive damages; and her costs.

Respectfully Submitted, 06/08/2020

_/s/Leston C. Stallworth, Jr._____
Leston C. Stallworth, Jr. (STA076)
The Stallworth Law Firm LLC
Post Office Box 1142
Monroeville, Alabama 36461-1142
251-575-5438 phone
251-575-1943 fax

### JURY DEMAND

PLAINTIFF HEREBY DEMANDS A TRIAL BY JURY ON ALL ISSUES OF THIS CAUSE.



AlaFile E-Notice

16-CV-2020-900057.00

To:   LESTON CURTISS STALLWORTH JR. JR
      lawles1@frontiernet.net

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

LINDA BOULER V. APPLE INC ET AL
16-CV-2020-900057.00

The following complaint was FILED on 6/8/2020 11:40:30 AM

Notice Date:     6/8/2020 11:40:30 AM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



AlaFile E-Notice

16-CV-2020-900057.00

To:  APPLE INC
     1INFINITE LOOP
     CUPERTINO, CA, 95014

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

LINDA BOULER V. APPLE INC ET AL
16-CV-2020-900057.00

The following complaint was FILED on 6/8/2020 11:40:30 AM

Notice Date:      6/8/2020 11:40:30 AM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



AlaFile E-Notice

16-CV-2020-900057.00

To:  VERIZON
     34301 HIGHWAT 43
     THOMASVILLE, AL, 36784

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

LINDA BOULER V. APPLE INC ET AL
16-CV-2020-900057.00

The following complaint was FILED on 6/8/2020 11:40:30 AM

Notice Date:     6/8/2020 11:40:30 AM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>16-CV-2020-900057.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA
### LINDA BOULER V. APPLE INC ET AL

**NOTICE TO:** APPLE INC, 1INFINITE LOOP, CUPERTINO, CA 95014

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), LESTON CURTISS STALLWORTH JR. JR

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: 53 NORTH MOUNT PLEASANT AVENUE, MONROEVILLE, AL 36460

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of LINDA BOULER pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 06/08/2020 | /s/ SUMMER SCRUGGS PADGETT | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.　　　　/s/ LESTON CURTISS STALLWORTH JR. JR

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____.

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*　　　　　　　*(Name of County)*

Alabama on _____.

*(Date)*

_____　　_____　　_____

*(Type of Process Server)*　　*(Server's Signature)*　　*(Address of Server)*

_____　　_____

*(Server's Printed Name)*　　*(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>16-CV-2020-900057.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA
### LINDA BOULER V. APPLE INC ET AL

**NOTICE TO:** VERIZON, 34301 HIGHWAT 43, THOMASVILLE, AL 36784

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), LESTON CURTISS STALLWORTH JR. JR ,

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: 53 NORTH MOUNT PLEASANT AVENUE, MONROEVILLE, AL 36460 .

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of LINDA BOULER pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 06/08/2020 | /s/ SUMMER SCRUGGS PADGETT | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.          /s/ LESTON CURTISS STALLWORTH JR. JR

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*          *(Name of County)*

Alabama on _____ .

*(Date)*

| _____ | _____ | _____ |
|---|---|---|
| *(Type of Process Server)* | *(Server's Signature)* | *(Address of Server)* |
| | _____ | _____ |
| | *(Server's Printed Name)* | *(Phone Number of Server)* |

ELECTRONICALLY FILED
7/1/2020 10:23 AM
16-CV-2020-900057.00
CIRCUIT COURT OF
CLARKE COUNTY, ALABAMA
SUMMER SCRUGGS PADGETT, CLERK

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>16-CV-2020-900057.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA**
**LINDA BOULER V. APPLE INC ET AL**

NOTICE TO: APPLE INC, 1INFINITE LOOP, CUPERTINO, CA 95014
_____
*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), LESTON CURTISS STALLWORTH JR. JR

_____
*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 53 NORTH MOUNT PLEASANT AVENUE, MONROEVILLE, AL 36460 .
*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of LINDA BOULER
pursuant to the Alabama Rules of the Civil Procedure.                              *[Name(s)]*

06/08/2020                          /s/ SUMMER SCRUGGS PADGETT      By: _____
*(Date)*                                *(Signature of Clerk)*                    *(Name)*

☑ Certified Mail is hereby requested.        /s/ LESTON CURTISS STALLWORTH JR. JR
                                            *(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☒ Return receipt of certified mail received in this office on    06/17/20    .
                                                              *(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to

_Apple Inc. Rep_____ in _____ County,
*(Name of Person Served)*                          *(Name of County)*

Alabama on _____
          *(Date)*

_Certified Mail_____   _____   _____
*(Type of Process Server)*        *(Server's Signature)*       *(Address of Server)*

                             _____   _____
                             *(Server's Printed Name)*     *(Phone Number of Server)*

**16-CV-2020-900057.00**
LINDA BOULER V. APPLE INC ET AL

_____                        _____
C001 - LINDA BOULER            v.          D001 - APPLE INC
*(Plaintiff)*                                  *(Defendant)*

**SERVICE RETURN COPY**



**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

APPLE INC.
1 INfinite Loop
Cupertino CA 95014

9590 9402 2814 7069 7760 34

2. Article Number (Transfer from service label)
7013 1710 0000 9038 9818

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Jaren Mollasgo  6/11/20

D. Is delivery address different from Item 1?  ☐ Yes
   If YES, enter delivery address below:  ☒ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ ...Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt



AlaFile E-Notice

16-CV-2020-900057.00

To: LESTON CURTISS STALLWORTH JR. JR
lawles1@frontiernet.net

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

LINDA BOULER V. APPLE INC ET AL
16-CV-2020-900057.00

The following RETURN ON SERVICE - SERVED was FILED on 7/1/2020 10:23:50 AM

Notice Date:     7/1/2020 10:23:50 AM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



AlaFile E-Notice

16-CV-2020-900057.00

To:  APPLE INC (PRO SE)
1INFINITE LOOP
CUPERTINO, CA, 95014-0000

---

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

LINDA BOULER V. APPLE INC ET AL
16-CV-2020-900057.00

The following RETURN ON SERVICE - SERVED was FILED on 7/1/2020 10:23:50 AM

Notice Date:     7/1/2020 10:23:50 AM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



AlaFile E-Notice

16-CV-2020-900057.00

To:  VERIZON (PRO SE)
     34301 HIGHWAT 43
     THOMASVILLE, AL, 36784-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

LINDA BOULER V. APPLE INC ET AL
16-CV-2020-900057.00

The following RETURN ON SERVICE - SERVED was FILED on 7/1/2020 10:23:50 AM

Notice Date:     7/1/2020 10:23:50 AM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



AlaFile E-Notice

16-CV-2020-900057.00

To: LESTON CURTISS STALLWORTH JR. JR
lawles1@frontiernet.net

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

LINDA BOULER V. APPLE INC ET AL
16-CV-2020-900057.00

The following RETURN ON SERVICE - SERVED was FILED on 7/1/2020 10:23:50 AM

Notice Date:     7/1/2020 10:23:50 AM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



AlaFile E-Notice

16-CV-2020-900057.00

To:  W. MCKINLEY DUNN
     mdunn@lightfootlaw.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

LINDA BOULER V. APPLE INC ET AL
16-CV-2020-900057.00

The following answer was FILED on 7/17/2020 12:59:18 PM

Notice Date:     7/17/2020 12:59:18 PM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



ELECTRONICALLY FILED
7/17/2020 12:57 PM
16-CV-2020-900057.00
CIRCUIT COURT OF
CLARKE COUNTY, ALABAMA
SUMMER SCRUGGS PADGETT, CLERK

## IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

LINDA BOULER,                      )
                                )
    Plaintiff,                )
                                )
vs.                                )     **CIVIL ACTION NUMBER:**
                                )     **16-CV-2020-900057.00**
VERIZON, and APPLE INC., et al.,   )
                                )
    Defendants.               )
                                )

## APPLE INC.'S ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT

Defendant Apple Inc. ("Apple" or "Defendant") hereby responds to Plaintiff Linda Bouler's ("Plaintiff") Complaint as follows:

1.    Apple denies the material allegations of the Complaint, both separately and severally, and demands strict proof thereof.

2.    The Complaint fails to state any claim against Apple upon which relief can be granted.

3.    Venue in this action is improper, or alternatively, is more convenient in another forum.

4.    Apple avers lack of personal and subject-matter jurisdiction.

5.    Apple is not liable for the matters and things alleged in the Complaint.

6.    Apple denies that its conduct was in any manner negligent or wanton.

7.    Apple asserts that its conduct was not the proximate cause of the claimed injuries.

8.    Plaintiff's own contributory negligence proximately caused or contributed to cause the alleged injuries and damages.

9.      Apple states that Plaintiff's claims may be barred or limited by the doctrines of waiver, estoppel, laches, release, res judicata, lack of standing, accord and satisfaction, and/or unclean hands.

10.     Plaintiff may have failed to join necessary or indispensable parties.

11.     Apple avers that all of Plaintiff's injuries and damages, if any, were caused by the acts or omissions of others over whom Apple has no control and for whom Apple owes no legal responsibility.

12.     Apple avers that the claimed injuries and damages were the result of superseding or intervening causes.

13.     Apple denies that it owed any duty to Plaintiff.  Alternatively, Apple denies that it breached any duty or obligation owed to Plaintiff.

14.     Apple pleads the sophisticated user defense.

15.     Apple avers that any dangers to Plaintiff were open and obvious.

16.     Some or all of Plaintiff's claims may be barred by the applicable statute of limitations.

17.     Any alleged non-conforming or defective condition of any of Apple's products, as described in the Complaint, was the result of abuse, neglect, modification, or alteration of the product that was not authorized by Apple.

18.     To the extent any of Plaintiff's claimed damages were allegedly caused by any of Apple's products, as described in the Complaint, such products were substantially modified or altered after they left Apple's possession and control and said modification(s) or alteration(s) were the proximate cause of Plaintiff's claimed damages.

19.     Apple denies that the iPhone described in the Complaint was defective when it left the possession of the manufacturer.

20.     Plaintiff's claims may be barred, in whole or in part, by Plaintiff's assumption of the risk.

21.     Plaintiff's claims may be barred due to the doctrine of spoliation and Plaintiff's failure to preserve crucial evidence.

22.     The iPhone described in the Complaint was not defective when manufactured or sold by Apple because (1) the iPhone was not unreasonably dangerous (i.e., more dangerous than the ordinary user would have contemplated), and (2) the manufacture and design of the iPhone was well in keeping with the state of the art at the time of manufacture.

23.     Apple contests the amount and nature of the damages claimed by Plaintiff in her Complaint. More specifically, Apple reserves its right to determine the actual amount in controversy via other papers.

24.     Plaintiff may have failed to mitigate her damages.

25.     Apple asserts as a defense, credit, or set-off against the damages claimed by Plaintiff, the settlement (and any monies paid pursuant thereto) between Plaintiff and any other person or entity.

26.     To the extent that any damages claimed by Plaintiff has been or will be indemnified in whole or in part from any collateral source, any verdict or judgment against Apple must be reduced by those amounts pursuant to Ala. Code § 6-5-522.

27.     The Complaint fails to state any claim for which damages for mental anguish or emotional distress can be awarded.

28.     To award damages for pain and suffering, mental anguish or emotional distress in the absence of any standards for the determination of pain and suffering, mental anguish or emotional distress and/or the absence of any requirement for corroborating or objective evidence of pain and suffering, mental anguish or emotional distress makes such an award tantamount to punitive damages. As such, Apple avers that such an award in this case would violate both the Constitution of the state of Alabama and the United States Constitution for the separate and several reasons stated herein.

29.     A jury award of mental anguish damages in this case would violate due process and equal protection rights guaranteed to Apple by the Fifth and Fourteenth Amendments to the United States Constitution, and Article I, Sections 1, 6 and 22 of the Constitution of the State of Alabama of 1901. In particular, a mental anguish award would violate these constitutional provisions because Alabama juries are given no rule, standard or guideline upon which to rely in calculating mental anguish damage awards.

30.     Apple asserts that the imposition of punitive damages in this case, if claimed, would violate the Fifth Amendment to the United States Constitution, the due process and equal protection clauses of the Fourteenth Amendment to the United States Constitution and Article I, Sections 1, 6 and 22 of the Alabama Constitution to the extent such punitive damages are imposed:

(1)     in an arbitrary and capricious manner;

(2)     without the award of compensatory damages;

(3)     without a reasonable limit on the amount of the award;

(4)     without the provision of adequate notice to Apple of the severity of the award, the conduct that would subject the defendant to punishment, or the severity of the penalty that may be imposed solely by the unbridled discretion of the jury;

(5)     in a manner that is not rationally related to any legitimate government interest;

4

(6)      in a manner that permits different awards for the same or similar acts; and/or

(7)      without requiring clear and convincing proof before damages may be awarded as required for all punitive damage awards under Alabama law.

31.      Apple asserts that an award of punitive damages may not exceed the limits imposed under Ala. Code § 6-11-21.

32.      Alabama law permitting the imposition of punitive damages is unconstitutionally vague because there are no specific standards by which such an award is made.

33.      Apple asserts that punitive damages may not be imposed for intentional wrongful conduct or conduct involving malice based upon acts or omissions of any agent, employee, or servant under Ala. Code § 6-11-27.

34.      The imposition of punitive damages under Alabama law is unconstitutional because it permits the imposition of an excessive criminal fine and does not require proof beyond a reasonable doubt.

35.      Apple avers that joint and several liability is unconstitutional both on its face and as applied to Apple in this case.

36.      Plaintiff's claims against Apple are, partially or in their entirety, misjoined in this lawsuit and should be severed or dismissed.

37.      Apple reserves the right to assert any additional defenses that may arise as discovery progresses or otherwise in the course of this litigation.

WHEREFORE, Apple respectfully requests that the Court enter judgment against Plaintiff and in favor of Apple in connection with all causes of action alleged against Apple in the Complaint, award Apple its taxable costs and disbursements, and grant such other relief as this Court may deem just, proper and equitable.

Respectfully submitted,


/s/ W. McKinley Dunn
One of the Attorneys for Apple Inc.

OF COUNSEL:
Melody H. Eagan (HUR009)
*meagan@lightfootlaw.com*
W. McKinley Dunn (DUN063)
*mdunn@lightfootlaw.com*
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 20th Street North
Birmingham, AL  35203-3200
(205) 581-0700 (telephone)
(205) 581-0799 (facsimile)


## CERTIFICATE OF SERVICE

I hereby certify that on this the 17th day of July, 2020, I electronically filed the foregoing with the Clerk of the Court using the Alafile system, which will send notification of such filing to the following counsel of record:

Leston C. Stallworth, Jr.
The Stallworth Law Firm LLC
P.O. Box 1142
Monroeville, AL 36461-1142
*lawles1@frontiernet.net*
(251) 575-5438


/s/ W. McKinley Dunn
Of Counsel



AlaFile E-Notice

16-CV-2020-900057.00

To:   W. MCKINLEY DUNN
      mdunn@lightfootlaw.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

LINDA BOULER V. APPLE INC ET AL
16-CV-2020-900057.00

The following answer was FILED on 7/17/2020 12:59:18 PM

Notice Date:      7/17/2020 12:59:18 PM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



AlaFile E-Notice

16-CV-2020-900057.00

To:  APPLE INC (PRO SE)
     1INFINITE LOOP
     CUPERTINO, CA, 95014-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

LINDA BOULER V. APPLE INC ET AL
16-CV-2020-900057.00

The following answer was FILED on 7/17/2020 12:59:18 PM

Notice Date:      7/17/2020 12:59:18 PM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



AlaFile E-Notice

16-CV-2020-900057.00

To:  VERIZON (PRO SE)
     34301 HIGHWAT 43
     THOMASVILLE, AL, 36784-0000

---

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

LINDA BOULER V. APPLE INC ET AL
16-CV-2020-900057.00

The following answer was FILED on 7/17/2020 12:59:18 PM

Notice Date:     7/17/2020 12:59:18 PM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



AlaFile E-Notice

16-CV-2020-900057.00

To:  STALLWORTH LESTON CURTISS
     lawles1@frontiernet.net

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

LINDA BOULER V. APPLE INC ET AL
16-CV-2020-900057.00

The following answer was FILED on 7/17/2020 12:59:18 PM

Notice Date:     7/17/2020 12:59:18 PM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363